

Prepared for: **GILBERT J JAMES**
Date: **July 04, 2011**

Page 1 of 2

## Dear GILBERT J JAMES

We were unable to honor your recent request because you did not provide sufficient identification information for us to verify your identity. Please read the information below if you would like to order a copy of your personal credit report or if you would like to request an investigation of information on your report that you believe is inaccurate. **To order a copy of your personal credit report, visit www.experian.com/consumer for secure and immediate online access, or you may call** 1 (888) EXPERIAN (1 888 397-3742) **to order your report for delivery by U.S. mail.**

The Federal Fair Credit Reporting Act states; A consumer credit reporting company shall require as a condition of disclosure that the consumer furnish proper identification; therefore, if you write to us, we must require all of the following information in order to process your request: full name, including middle name and generation (such as JR, SR, II, III); current mailing address; Social Security number (required to obtain your report); date of birth; and complete addresses for the past two years (including apartment numbers and ZIP codes). In addition, enclose one copy of a government issued identification card, such as a driver's license, state or military ID card, etc., **and one copy of a utility bill, bank or insurance statement, etc.** Make sure that each copy is legible (enlarge if necessary), displays your name and current mailing address, and the date of issue (statement dates must be recent). We are unable to accept credit card statements, voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof. To protect your personal identification information, Experian does not return correspondence sent to us. Send **copies** of any documents you wish to provide to us and always retain your original documents. Under the federal Fair Credit Reporting Act, we will provide you with a free personal credit report if you have received notice within the last 60 days that you were declined credit, insurance, employment or rental dwelling opportunities, or if adverse action was taken against you based on information in an Experian credit report. If you send us a copy of the declination letter or proof of the adverse action, then we will process your request for a free personal credit report. Under federal law, you also may receive a free personal credit report if you certify to us that (1) you are unemployed and plan to seek employment within 60 days, (2) you are a recipient of public welfare assistance, or (3) you have reason to believe that your credit information is inaccurate due to fraud. Send your request in writing, specifying one of these reasons, to: Experian, PO Box 2002, Allen, TX, 75013. If you do not

PO Box 9701
Allen, TX 75013

0000764 01 MB 0.387 "AUTO  3 0 7215 23192-291415  -C01-P007641
GILBERT J JAMES
15715 MOUNTAIN RD
MONTPELIER VA 23192-2914

0000000000



EXHIBIT A

:::experian
A world of insight

Prepared for: **GILBERT J JAMES**
Date: **July 04, 2011**

Page 2 of 2

qualify for a free personal credit report as legislated by any federal or state laws, then you may purchase your report with a check or money order. Fees are as follows: California, $8; Connecticut, $5.30*; Minnesota, $3; Hawaii, $11.44*; New Mexico, $11.56*; New York -$11.98*; Texas - $11.91*; Montana, $8.50; Indiana, Pennsylvania and Puerto Rico, $11.77*; South Carolina, South Dakota, West Virginia and Washington, D.C. - $11.66*; Washington - $12.05. All other states, $11. If you already have received your allotted free credit report(s) based on your state's law, fees are as follows: Colorado, Massachusetts, $8; New Jersey, $8.56*; Georgia, $11; Maine, $5; Maryland, $5.30*; and Vermont, $7.50. (* includes taxes)

Acceptable forms of payment are credit card, check and money order. If you submit your credit card information by mail, be sure to include the name exactly as it is displayed on the card, the credit card type, the credit card number and the expiration date. Accepted credit cards are American Express, Diners Club, Discover, MasterCard and VISA.

You also may be eligible for an annual free credit report from each of the nationwide consumer credit reporting companies when you make your request via www.annualcreditreport.com, call 1 (877) 322-8228, or write to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281. If you already have your personal credit report and **believe that information is inaccurate, visit www.experian.com/disputes, or you may call the number on your report to request an investigation.** If you write to us to request an investigation, please send all of the identification information listed above, and list each item on your report that you feel the information is incorrect. There is no charge for requesting an investigation. Once we receive your request, we will contact the source of the information you questioned. When we complete our investigation process, which may take up to 30 days (or up to 45 days for an investigation of information in an annual free credit report), we will send you the results. **To check the status of your investigation, you may log on to www.experian.com/status.**

Sincerely,

Experian National Consumer Assistance Center

000000000