
**Experian**
A world of insight

Prepared for: **SUSAN CHANDLER**
Date: **September 20, 2012**
Report number: **2614-2479-21**

Page 1 of 2

### Dear SUSAN CHANDLER

We were unable to process one or more of your request(s) to dispute information on your personal credit report because you did not provide your Social Security number. The type of dispute that you submitted requires a Social Security number. Please write to us and provide:

a) your full name, including middle initial (and generation such as JR, SR, II, III),
b) previous addresses for the past two years,
c) Social Security number,
d) date of birth,
e) one copy of a government issued identification card, such as a driver's license, state or military ID card, and
f) one copy of a utility bill, bank or insurance statement, etc.

Resubmit your disputes and state the specific reason you believe the information is inaccurate. We will process your request promptly once we receive this information.

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013



Scan me with your smart phone for special offers from Experian.

PO Box 9701
Allen, TX 75013

0001807 01 MB 0.401 **AUTO T9 0 7227 23228-611711 -C01-P01808-I
SUSAN CHANDLER
5411 SMITH AVE
RICHMOND VA 23228-6117

0081520122


EXHIBIT B



Prepared for: **SUSAN CHANDLER**
Date: **September 20, 2012**
Report number: **2614-2479-21**

Page 2 of 2

THIS PAGE INTENTIONALLY LEFT BLANK

0081520122