

Prepared for: **ADEDAYO M PETERSON**
Date: **December 06, 2012**
Report number: **3693-5346-46**

Page 1 of 2

## Dear ADEDAYO M PETERSON

We were unable to process one or more of your request(s) to dispute information on your personal credit report because you did not provide your Social Security number. The type of dispute that you submitted requires a Social Security number. Please write to us and provide:

a) your full name, including middle initial (and generation such as JR, SR, II, III),

b) previous addresses for the past two years,
c) Social Security number,
d) date of birth,
e) one copy of a government issued identification card, such as a driver's license, state or military ID card, and
f) one copy of a utility bill, bank or insurance statement, etc.

Resubmit your disputes and state the specific reason you believe the information is inaccurate. We will process your request promptly once we receive this information.

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013



Scan me with your smart phone
for special offers from Experian.

PO Box 9701
Allen, TX 75013



0012789 01 MB 0.401 *AUTO T2 0 7293 23669-198313 -C01-P12601-I
ADEDAYO M PETERSON
1566 N KING ST APT 1-C
HAMPTON VA 23669-1983

0224545466



EXHIBIT D



**Prepared for: ADEDAYO M PETERSON**
Date: **December 06, 2012**
Report number: **3693-5346-46**

THIS PAGE INTENTIONALLY LEFT BLANK

0224545466

Page 2 of 2