

Prepared for: **JOYCE K RIDGLEY**
Date: **December 11, 2012**
Report number: **4230-6522-26**

Page 1 of 2

---

### Dear JOYCE K RIDGLEY

We were unable to process one or more of your request(s) to dispute information on your personal credit report because you did not provide your Social Security number. The type of dispute that you submitted requires a Social Security number. Please write to us and provide:

a) your full name, including middle initial (and generation such as JR, SR, II, III),

b) previous addresses for the past two years,
c) Social Security number,
d) date of birth,
e) one copy of a government issued identification card, such as a driver's license, state or military ID card, and
f) one copy of a utility bill, bank or insurance statement, etc.

Resubmit your disputes and state the specific reason you believe the information is inaccurate. We will process your request promptly once we receive this information.

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013

Scan me with your smart phone for special offers from Experian.

PO Box 9701
Allen, TX 75013

0001223 01MB 0.401 **AUTO T5 0 7297 22664-215517 -C01-P01224-I
JOYCE K RIDGLEY
1517 STAGE COACH RD
WOODSTOCK VA 22664-2155

0185805545



EXHIBIT E