```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683019486
Cashier ID: lbreeden
Transaction Date: 12/26/2012
Payer Name: CONSUMER LITIGATION ASSOC
------------------------------------
CIVIL FILING FEE
 For: CONSUMER LITIGATION ASSOC
 Amount:      $350.00
------------------------------------
CHECK
 Check/Money Order Num: 7568
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```

CASE #3:12·CV902