IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GILBERT JAMES, *et al., on behalf of*  *themselves and all others similarly situated* : : : | |
| Plaintiffs,   : | Civil Action No. 3:12cv902 |
| : | |
| v.   : | |
| : | |
| EXPERIAN INFORMATION SOLUTIONS, INC.  : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION
MOTION FOR AN ENLARGEMENT OF TIME TO FILE THEIR RESPONSE IN
OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE, OR IN THE
ALTERNATIVE, TO REASSIGN CASE**

COME NOW the Plaintiffs, by counsel, and in support of their Motion for an Enlargement of Time to File Their Response in Opposition to Defendant's Motion to Transfer Venue, or in the Alternative, to Reassign Case, they state as follows:

On March 22, 2013, the Defendant filed it Motion to Transfer Venue, or in the Alternative, to Reassign (Docket No. 11). Plaintiffs' response is due April 5, 2013. Plaintiffs' counsel has been working diligently to comply with this deadline and to prepare their response to Defendants' motion. However, Plaintiffs' lead counsel will be out of the office all of next week for the Easter holiday and a preplanned family vacation. Additionally, several other attorneys in the office will be traveling out of town for Easter. Therefore, Plaintiffs request a one-week extension in which to prepare their response to the Defendant's Motion to Transfer, or in the Alternative, to Reassign, making Plaintiffs' response due on or before April 12, 2013.

The Defendant will suffer no legal prejudice as a result of an extension and the interests of justice will be served by granting this motion.

For good cause shown, Plaintiffs respectfully request that this Court grant their Motion

for an Enlargement of Time to File Their Response in Opposition to Defendant's Motion to Transfer Venue, or in the Alternative, to Reassign Case and enter the Proposed Order.

        Respectfully submitted,
        **PLAINTIFFS,**
        *individually and on behalf of all*
        *others similarly situated*

        By: _____/s/_____
                Of Counsel

Casey S. Nash, VSB No. 84261
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:   (703) 273-7700
Fax:   (888) 892-3512
casey@clalegal.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 29th day of March, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joseph W. Clark (VA Bar No. 42664)
Edward M. Wenger (admitted pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: jwclark@jonesday.com
Email: emwenger@jonesday.com

*Counsel for the Defendant*

                /s/
                Casey S. Nash, VSB No. 84261
                *Counsel for the Plaintiff*
                CONSUMER LITIGATION ASSOCIATES, P.C.
                1800 Diagonal Road, Suite 600
                Alexandria, VA 22314
                Tel: (703) 273-7700
                Fax: (888) 892-3512
                casey@clalegal.com