IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:12-cv-902-REP__, Case Name __James, et al. v. Experian Info. Solutions__
Party Represented by Applicant: __Experian Info. Solutions, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Daniel J. McLoon__
Bar Identification Number __109598__        State __California__
Firm Name __Jones Day__
Firm Phone # __(213) 489-3939__    Direct Dial # __(213) 243-2580__    FAX # __(213) 243-2539__
E-Mail Address __djmcloon@jonesday.com__
Office Mailing Address __Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, CA 90071__

Name(s) of federal court(s) in which I have been admitted __See attached list.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    April 1, 2013 (Date)
JOSEPH W. CLARK    42664
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __X__ or DENIED _____

FILED
APR -2 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

/s/ REP
(Judge's Signature) Robert E. Payne
Senior United States District Judge

April 2, 2013
(Date)

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed with the Court via the CM/ECF system. The foregoing was served this 1st day of April, 2013, on the following filing users by the CM/ECF system:

Leonard A. Bennett (VA Bar No. 37523)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: 757.930.3660
Facsimile: 757.930.3662
Email: lenbennett@clalegal.com

Matthew J. Erausquin (VA Bar No. 65434)
Janelle E. Mason (VA Bar No. 82389)
Casey S. Nash (VA Bar No. 84261)
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: 703.273.7770
Facsimile: 888.892.3512
Email: matt@clalegal.com
Email: janelle@clalegal.com
Email: casey@clalegal.com

*Counsel for Plaintiffs*
*GILBERT JAMES, SUSAN CHANDLER,*
*THERESA HOOD, ADEDAYO PETERSON, and*
*JOYCE RIDGLEY, on behalf of*
*themselves and all others similarly situated.*

/s/ Joseph W. Clark
Joseph W. Clark (VA Bar No. 42664)
Edward M. Wenger (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: jwclark@jonesday.com
Email: emwenger@jonesday.com

*Counsel for Defendant*
*EXPERIAN INFORMATION SOLUTIONS,*
*INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULES 83.1(D) AND LOCAL CRIMINAL RULE 57.4

PAGE TWO

NAME(S) OF FEDERAL COURT(S) IN WHICH I HAVE BEEN ADMITTED

| #   | Court                                | Date     |
|-----|--------------------------------------|----------|
| 1.  | USDC Central District of California  | 12/23/83 |
| 2.  | USDC Eastern District of California  | 03/01/01 |
| 3.  | USDC Northern District of California | 11/01/89 |
| 4.  | USDC Southern District of California | 1996     |
| 5.  | USDC Northern District of Texas      | 10/01/97 |
| 6.  | USDC Southern District of Texas      | 11/01/02 |
| 7.  | USDC for the District of Arizona     | 1991     |
| 8.  | US Tax Court                         | 03/01/84 |
| 9.  | US Court of Appeals—Ninth Circuit    | 07/01/88 |
| 10. | US Supreme Court                     | 10/01/01 |