IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| GILBERT JAMES, *et al., on behalf of* *themselves and all others similarly situated* | : : : | |
| Plaintiffs, | : : | Civil Action No. 3:12cv902 |
| v. | : : | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | : : | |
| Defendant. | : | |

**PLAINTIFFS' MOTION TO STRIKE**
**THE DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE,**
**OR IN THE ALTERNATIVE, TO REASSIGN CASE**

COME NOW the Plaintiffs, by counsel, and move that this Court Strike the Defendants' Reply in Support of its Motion to Transfer Venue, or in the Alternative, to Reassign Case for the reasons set forth in the accompanying memorandum.

                                                Respectfully submitted,
                                                **PLAINTIFFS,**
                                                *individually and on behalf of all*
                                                *others similarly situated*

                                  By: _____/s/_____
                                         Of Counsel

Matthew J. Erausquin, VSB No. 65434
Janelle E. Mason, VSB No. 82389
Casey S. Nash, VSB No. 84261
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:   (703) 273-7700
Fax:   (888) 892-3512
matt@clalegal.com
janelle@clalegal.com
casey@clalegal.com

Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.

763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com

**CERTIFICATE OF SERVICE**

2

I hereby certify that on the 30th day of April, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joseph W. Clark (VA Bar No. 42664)
Edward M. Wenger (admitted pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: jwclark@jonesday.com
Email: emwenger@jonesday.com

*Counsel for the Defendant*

                                                /s/
Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Tel:   (757) 930-3660
Fax:   (757) 930-3662
lenbennett@clalegal.com