IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GILBERT JAMES, et al.,
On behalf of themselves
and all other similarly
situated,

    Plaintiffs,

v.                            Civil Action No. 3:12cv902

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

**ORDER**

Having reviewed the AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS (Docket No. 29), and there being no objection by the plaintiffs thereto, it is hereby ORDERED that the AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS (Docket No. 29) is granted. It is further ORDERED that the defendant shall respond to the plaintiffs' discovery request by May 31, 2013.

    It is so ORDERED.

                                          /s/      REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: May 2, 2013