**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| GILBERT JAMES | ) | |
| SUSAN CHANDLER | ) | |
| THERESA HOOD | ) | |
| ADEDAYO PETERSON | ) | Civil Action No. 3:12-cv-902-REP |
| JOYCE RIDGLEY, on behalf of | ) | |
| themselves and all others similarly situated, | ) | |
| | ) | Judge:  The Hon. Robert E. Payne |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**AGREED SUPPLEMENTAL SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 26(f), as well as the Court's April 17, 2013

Order, counsel for the parties have conferred to develop a proposed supplemental discovery plan.

The parties have agreed upon the discovery plan set forth herein.

The parties will conduct discovery in two phases.  Phase I includes discovery of the

named Plaintiffs' claims, class certification, and willfulness of any alleged Fair Credit Reporting

Act ("FCRA") violation.  The deadlines for the close of Phase I discovery, class certification

motions, and summary judgment motions are set forth on the next page.

Upon completion of Phase I and disposition of such motions, and to the extent that the

case is not thereby dismissed, the Court shall set a supplemental Scheduling Conference.  Phase

II discovery shall thereafter take place to the extent necessary.  Issues reserved for Phase II

include all remaining issues, such as Plaintiffs' claimed actual damages and whether Defendant

violated the FCRA with respect to unnamed class members.

The following deadlines shall apply in Phase I of this case:

| Activity | Deadline |
|---|---|
| Deadline for Parties to serve Fed. R. Civ. P. 26(a)(1) disclosures with respect to the issues subject to discovery in Phase I | **May 15, 2013** |
| Deadline for amending the Complaint | **June 18, 2013** |
| Deadline for Phase I expert disclosures by Plaintiffs | **July 15, 2013** |
| Deadline for any Phase I expert disclosures by Defendants | **July 31, 2013** |
| Deadline for rebuttal expert disclosures | **August 15, 2013** |
| Close of Phase I discovery | **October 1, 2013** |
| Deadline for parties to file motions for summary judgment based upon Phase I discovery | **October 21, 2013** |
| Deadline for Plaintiff to file a motion seeking class certification | **October 21, 2013** |
| Deadline for memoranda in opposition to: (a) motions for summary judgment based upon Phase I discovery; and (b) motion seeking class certification | **November 21, 2013** |
| Deadline for reply memoranda in support of: (a) motions for summary judgment based upon Phase I discovery; and (b) motion seeking class certification | **December 5, 2013** |
| Hearing on: (a) motions for summary judgment; and (b) motion seeking class certification | **TBD** |

The Court's existing discovery and Scheduling Orders shall continue to govern to the extent not inconsistent with this Supplemental Scheduling Order.

IT IS SO ORDERED.


Dated: _____                    _____
                                            The Honorable Robert E. Payne.
                                            United States District Judge

**AGREED BY:**

Dated: May 2, 2013

/s/ Leonard A. Bennett
Leonard A. Bennett (VA Bar No. 37523)

Matthew J. Erausquin (VA Bar No. 65434)
Janelle E. Mason (VA Bar No. 82389)
Casey S. Nash (VA Bar No. 84261)
CONSUMER LITIGATION ASSOCIATES,
P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone:  703.273.7770
Facsimile:  888.892.3512
Email:  matt@clalegal.com
Email:  janelle@clalegal.com
Email:  casey@clalegal.com

Leonard A. Bennett (VA Bar No. 37523)
CONSUMER LITIGATION ASSOCIATES,
P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone:  757.930.3660
Facsimile:  757.930.3662
Email:  lenbennett@clalegal.com

*Counsel for Plaintiffs*
*GILBERT JAMES, SUSAN CHANDLER,*
*THERESA HOOD, ADEDAYO PETERSON,*
*JOYCE RIDGLEY, on behalf of*
*themselves and all others similarly situated.*

Dated: May 2, 2013

/s/ Joseph W. Clark
Joseph W. Clark (VA Bar. No. 42664)

Daniel J. McLoon (admitted *pro hac vice*)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 243-2580
Facsimile:  (213) 243-2539
E-mail: djmcloon@jonesday.com

Joseph W. Clark (VA Bar No. 42664)
Edward M. Wenger (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: 202.879.3939
Facsimile: 202.626.1700
Email: jwclark@jonesday.com
Email:  emwenger@jonesday.com

*Counsel for Defendant*
*EXPERIAN INFORMATION SOLUTIONS,*
*INC.*