# EXHIBIT C



| | |
|---|---|
| Subject: | JAMES V. EXPERIAN: Draft Protective Order Attached |
| From: | Edward M Wenger |
| | Extension:   4-3466 |
| To: | Leonard Bennett, Matt Erausquin |
| Cc: | Joseph W Clark, Joseph Graziano III |

04/08/2013 12:19 PM

Len and Matt,

Please find attached a draft protective order, modeled after those filed in Pumphrey/Jones and Dreher.

Best,

-Ed



WAI_3122248_2_EXPERIAN _ GILBERT JAMES_ Stipulated Protective Order.DOCX



**Edward M. Wenger** • Associate

51 Louisiana Ave. NW • Washington, DC 20001
**DIRECT** 202.879.3466 • **FAX** 202.626.1700 • emwenger@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========