# EXHIBIT F



| | | |
|---|---|---|
| **Subject:** | JAMES V. EXPERIAN: Draft Protective Order, Draft Scheduling Order, and Courtesy Copies of Reply Brief Attached | |
| **From:** | Edward M Wenger<br>Extension:   4-3466 | 04/23/2013 12:22 PM |
| **To:** | Leonard Bennett, Matt Erausquin | |
| **Cc:** | Joseph W Clark, Joseph Graziano III | |

Len and Matt,

Please find attached draft of the amended scheduling order. We are also attaching a draft protective order---which we initially circulated a few weeks back---and courtesy copies of the reply that was filed yesterday.

Please let me know if you have any questions.

Best,

-Ed

**Draft Scheduling Order**



WAI_3125062_1_EXPERIAN _ GILBERT JAMES_ Draft Amended Scheduling Order.DOCX

**Draft Protective Order**



WAI_3122248_3_EXPERIAN _ GILBERT JAMES_ Stipulated Protective Order.DOCX

**Courtesy Copies of Reply, with Exhibits**



026 D's Reply ISO Mot. Transfer.pdf

                                                     

026-1 D's Ex. A Reply ISO Mot. Transfer.pdf    026-2  D's Ex. B Reply ISO Mot. Transfer.pdf



026-3  D's Ex. C Reply ISO Mot. Transfer.pdf    026-4 D's Ex. D Reply ISO Mot. Transfer.pdf



026-5  D's Ex. E Reply ISO Mot. Transfer.pdf    026-6  D's Ex. F Reply ISO Mot. Transfer.pdf

                                                     

026-7  D's Ex. G Reply ISO Mot. Transfer.pdf    026-8  D's Ex. H Reply ISO Mot. Transfer.pdf

**Edward M. Wenger** • Associate

51 Louisiana Ave. NW • Washington, DC 20001

 | **DIRECT** 202.879.3466 • **FAX** 202.626.1700 • emwenger@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========