IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GILBERT JAMES, et al.,

Plaintiffs,

v.  Civil Action No. 3:12cv902

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

**ORDER**

After reviewing the disputed discovery requests that have been presented to the Court and consulting with the parties by conference call on August 20, 2013, it is hereby ORDERED that:

- The Defendant's objections as to Plaintiff's Requests for Admissions No. 26, No. 27, No. 29, No. 30, No. 33, No. 34, No. 36, and No. 37, on the theory that the requests are vague, ambiguous, or not reasonably limited in scope or time, are OVERRULED.

- The Defendant's objections as to Plaintiff's Interrogatories No. 11, No. 15, and No. 16, and Plaintiff's Requests for Production of Documents No. 18, No. 26, No. 28, and No. 29, on the theory that an answer would violate the Fair Credit Reporting Act, are OVERRULED.

It is further ORDERED that the Defendant's answer to Plaintiff's Interrogatory No. 6, and its reliance on Fed. R.

Civ. P. 33(d), is inadequate. The Defendant must adequately answer the interrogatory no later than September 4, 2013. In light of the Defendant's abuse of Rule 33(d), the Plaintiff and Defendant are to confer with each other and reach agreement on how the other interrogatories that rely on Rule 33(d) are to be answered.

It is further ORDERED that the plaintiff's counsel shall file a status report with the Court no later than August 27, 2013, advising the Court of any remaining discovery disputes. It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 21, 2013