IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GILBERT JAMES,** *et al*,

          **Plaintiffs**

v.                            CIVIL ACTION NO. 3:12-cv-00902-REP

**EXPERIAN INFORMATION SOLUTIONS, INC.**

          **Defendant**

### NOTICE OF APPEARANCE

Susan M. Rotkis, of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia 23601 hereby notes her appearance as counsel in this case on behalf of the Plaintiffs.

Please copy her with all matters in this case.

                                      GILBERT JAMES, *et al*,

                                      _____/s/_____
                                      Susan M. Rotkis
                                      VSB #40693
                                      Attorney for Plaintiff
                                      CONSUMER LITIGATION
                                      ASSOCIATES, P.C.
                                      763 J. Clyde Morris Blvd. Suite 1-A
                                      Newport News, Virginia 23601
                                      (757) 930-3660 - Telephone
                                      (757) 930-3662 – Facsimile
                                      srotkis@clalegal.com

CERTIFICATE OF SERVICE

       I hereby certify that on the 22nd day of August, 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

| | |
|---|---|
| Joseph William Clark<br>Jones Day<br>51 Louisiana Avenue NW<br>Washington, DC  20001<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>E-mail: jwclark@jonesday.com<br>*Counsel for Experian Information Solutions* | Daniel J. McLoon<br>Jones Day<br>555 S Flower Street<br>50th Floor<br>Los Angeles, California  90071<br>Telephone: (231) 243-2580<br>Facsimile: (231) 243-2539<br>E-mail: djmcloon@jonesday.com<br>*Counsel for Experian Information Solutions* |
| Edward Mark Wenger<br>Jones Day<br>51 Louisiana Avenue NW<br>Washington, DC  20001<br>Telephone: (202) 879-3466<br>Facsimile: (202) 626-1700<br>E-mail: emwenger@jonesday.com<br>*Counsel for Experian Information Solutions* | |

                                              /s/
                                    Susan M. Rotkis, VSB No. 40693
                                    Consumer Litigation Associates, P.C.
                                    763 J. Clyde Morris Boulevard, Suite 1-A
                                    Newport News, VA 23606
                                    (757) 930-3660 telephone
                                    (757) 930-3662 facsimile
                                    srotkis@clalegal.com