IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GILBERT JAMES, et al.,
on behalf of themselves
and all others similarly
Situated,

    Plaintiffs,

v.                               Civil Action No. 3:12cv902

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

## ORDER

Having reviewed the plaintiff's STATUS REPORT (Docket No. 44) regarding the status of outstanding discovery disputes, it is hereby ORDERED that the parties shall continue to confer in an effort to resolve the disputes, and the plaintiff shall file, by September 4, 2013, a Status Report advising of any remaining discovery disputes.

It is so ORDERED.

                                            /s/                 /REP/
                                 Robert E. Payne
                                 Senior United States District Judge

Richmond, Virginia
Date: August 29, 2013