# EXHIBIT B



West's Ann.Cal.Const. Art. 1, § 1                                                                                               Page 1

**Effective:[See Text Amendments]**

West's Annotated California Codes Currentness
  Constitution of the State of California 1879 (Refs & Annos)
    Article I. Declaration of Rights (Refs & Annos)
      § 1. Inalienable rights

Section 1. All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.

CREDIT(S)

(Added Nov. 5, 1974.)

Current with urgency legislation through Ch. 309 of 2013 Reg.Sess. and all 2013-2014 1st Ex.Sess. laws

(C) 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.