# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| GILBERT JAMES, *et al., on behalf of themselves and all others similarly situated,* : : : | |
| Plaintiffs, : : | |
| v. : : | Civil Action No. 3:12cv902 |
| EXPERIAN INFORMATION SOLUTIONS, INC., : : : : | |
| Defendant. : | |

## JOINT MOTION TO TEMPORARILY STAY PRETRIAL DEADLINES

COME NOW the Parties, by counsel, and move the Court for an order granting a temporary stay of pretrial deadlines until February 18, 2014 in the above-captioned matter. The grounds for this motion are set forth in the Parties' contemporaneously filed supporting memorandum of law.

Respectfully submitted,
**PLAINTIFFS,**
*individually and on behalf of all others similarly situated*

/s/ Janelle Mason Mikac
Matthew J. Erausquin (VA Bar No. 65434)
Janelle Mason Mikac (VA Bar No. 82389)
Casey S. Nash (VA Bar No. 84261)
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: 703.273.7770
Facsimile: 888.892.3512
Email: matt@clalegal.com
Email: janelle@clalegal.com
Email: casey@clalegal.com

Leonard A. Bennett (VA Bar No. 37523)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: 757.930.3660
Facsimile: 757.930.3662
Email: lenbennett@clalegal.com


Respectfully submitted,
**EXPERIAN INFORMATION SOLUTIONS, INC.,**

/s/ Joseph W. Clark  _____
Joseph W. Clark (VA Bar No. 42664)
Edward M. Wenger (admitted pro hac vice)
*Counsel for the Defendant*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: jwclark@jonesday.com
Email: emwenger@jonesday.com

Daniel J. McLoon (admitted pro hac vice)
*Counsel for the Defendant*
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 243-2580
Facsimile: (213) 243-2539
E-mail: djmcloon@jonesday.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 17th day of January, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Daniel J. McLoon (*admitted pro hac vice*)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 243-2580
Facsimile: (213) 243-2539
Email: djmcloon@jonesday.com

Joseph W. Clark
Edward M. Wenger (*admitted pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: jwclark@jonesday.com
Email: emwenger@jonesday.com

*Counsel for the Defendants*

                                           /s/
                                    Janelle Mason Mikac, VSB No. 82389
                                    *Counsel for the Plaintiffs*
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    1800 Diagonal Road, Suite 600
                                    Alexandria, VA 22314
                                    Tel:    (703) 273-7770
                                    Fax:   (888) 892-3512
                                    janelle@clalegal.com