UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GILBERT JAMES,

    Plaintiff,

v.                           Civil Action No. 3:12cv902

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

**ORDER**

Before the Court is the JOINT MOTION TO TEMPORARILY STAY PRETRIAL DEADLINES (Docket No. 79), which the Court will construe as a Motion for Extension of Deadlines of the Court's Order (Docket No. 78) entered on January 10, 2014 (the "January 10 Order"). For the reasons set forth in a conference call on January 17, 2014, it is hereby ORDERED that the Motion for Extension of Deadlines of January 10 Order (Docket No. 79) is granted in part and denied in part. The motion is denied with respect to the request for a one month stay of the deadlines in the January 10 Order. The motion is granted with the respect to an extension of the deadlines of the January 10 Order and briefing shall occur on the following schedule:

(1) the plaintiffs shall file their motions to compel no later than 5:00 p.m. January 24, 2014;

(2)     the defendant shall file its responses thereto by 5:00 p.m. February 7, 2014; and

(3)     the plaintiffs shall file their reply no later than 5:00 p.m. February 14, 2014.

It is so ORDERED.

/s/                    
_____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date:  January 19, 2014