**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

GILBERT JAMES,
et al.,

     Plaintiffs,

v.                               Civil Action No. 3:12cv902

EXPERIAN INFORMATION
SOLUTIONS, INC.,

     Defendant.

**ORDER**

Having reviewed PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 83) and the supporting memorandum, it is hereby ORDERED that PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 83) is granted.   It is further ORDERED that the Clerk shall file certain exhibits to PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO OVERRULE EXPERIAN'S PRIVILEGE OBJECTIONS AND COMPEL DISCOVERY RESPONSES under seal.

It is so ORDERED.

                             /s/     REP
                           Robert E. Payne
                           Senior United States District Judge

Richmond, Virginia
Date:  January 31, 2014