FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GILBERT JAMES<br>SUSAN CHANDLER<br>THERESA HOOD<br>ADEDAYO PETERSON<br>JOYCE RIDGLEY, on behalf of<br>themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 3:12-cv-902-REP<br><br>Judge: The Hon. Robert E. Payne |

**FIRST NOTICE OF FILING EXHIBITS**

Defendant Experian Information Solutions, Inc. hereby provides notice of the filing of attached Exhibits to its response to Plaintiffs' Motion to Compel Compliance With This Court's Order of October 4, 2013 and For Discovery Sanctions.

Dated: February 7, 2014                     Respectfully submitted,

/s/ Joseph W. Clark
Joseph W. Clark (VA Bar. No. 42664)

Daniel J. McLoon (admitted *pro hac vice*)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 243-2580
Facsimile:  (213) 243-2539
E-mail: djmcloon@jonesday.com

Joseph W. Clark (VA Bar No. 42664)
Edward M. Wenger (admitted *pro hac vice*)
Alesha M. Dominique (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Email:  jwclark@jonesday.com
Email:  emwenger@jonesday.com
Email:  adominique@jonesday.com

*Counsel for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

## CERTIFICATE OF SERVICE

The foregoing was filed this 7th day of February, 2014 using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Susan Mary Rotkis
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: 757.930.3660
Facsimile: 757.930.3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

*Counsel for Plaintiffs*
*GILBERT JAMES, SUSAN CHANDLER,*
*THERESA HOOD, ADEDAYO PETERSON, and*
*JOYCE RIDGLEY, on behalf of*
*themselves and all others similarly situated.*

Matthew J. Erausquin
Janelle E. Mason
Casey S. Nash
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: 703.273.7770
Facsimile: 888.892.3512
Email: matt@clalegal.com
Email: janelle@clalegal.com
Email: casey@clalegal.com

*Counsel for Plaintiffs*
*GILBERT JAMES, SUSAN CHANDLER,*
*THERESA HOOD, ADEDAYO PETERSON, and*
*JOYCE RIDGLEY, on behalf of*
*themselves and all others similarly situated.*

Ian Bryce Lyngklip
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
24500 Northwestern Hwy, Suite 206
Southfield, MI 48075
Telephone: 248.208.8864
Facsimile: 248.208.9073
Email: ian@michiganconsumerlaw.com

*Counsel for Plaintiffs*
*GILBERT JAMES, SUSAN CHANDLER,*
*THERESA HOOD, ADEDAYO PETERSON, and*
*JOYCE RIDGLEY, on behalf of*
*themselves and all others similarly situated.*

Justin Michael Baxter
BAXTER & BAXTER LLP
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone: 503.297.9031
Facsmile: 503.291.9172
Email: justin@baxterlaw.com

*Counsel for Plaintiffs*
*GILBERT JAMES, SUSAN CHANDLER,*
*THERESA HOOD, ADEDAYO PETERSON, and*
*JOYCE RIDGLEY, on behalf of*
*themselves and all others similarly situated.*

/s/ Joseph W. Clark

Joseph W. Clark (VA Bar No. 42664)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: jwclark@jonesday.com

*Counsel for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*