# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| **GILBERT JAMES**<br>**SUSAN CHANDLER**<br>**THERESA HOOD**<br>**ADEDAYO PETERSON**<br>**JOYCE RIDGLEY,** on behalf of<br>themselves and all others similarly situated,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS,**<br>**INC.,**<br><br>    **Defendant.** | Civil Action No. 3:12-cv-902-REP<br><br>Judge:  The Hon. Robert E. Payne |

### MOTION TO WITHDRAW APPEARANCE AS COUNSEL
### FOR EXPERIAN INFORMATION SOLUTIONS, INC.

The undersigned respectfully requests that the Clerk of the Court withdraw the appearance of Alesha M. Dominique, admitted *pro hac vice*, as counsel of record for Experian Information Solutions, Inc. ("Experian") in this matter.  Ms. Dominique is leaving the law firm of Jones Day on February 14, 2014 and will be unable to continue her representation of Experian in this matter.

Experian will continue to be represented by Daniel J. McLoon, Joseph W. Clark, and Edward M. Wenger of Jones Day who have already entered their appearance in this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  February 12, 2014 | /s/ Joseph W. Clark<br>Joseph W. Clark (VA Bar. No. 42664) |

Joseph W. Clark (VA Bar. No. 42664)
Edward M. Wenger (admitted *pro hac vice*)
Alesha M. Dominique (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Email:  jwclark@jonesday.com
Email:  emwenger@jonesday.com
Email:  adominique@jonesday.com

Daniel J. McLoon (admitted *pro hac vice*)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 243-2580
Facsimile:  (213) 243-2539
E-mail: djmcloon@jonesday.com

*Counsel for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

**CERTIFICATE OF SERVICE**

The foregoing was filed this 12th day of February, 2014 using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Susan Mary Rotkis
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone:  757.930.3660
Facsimile:  757.930.3662
Email:  lenbennett@clalegal.com
Email:  srotkis@clalegal.com

*Counsel for Plaintiffs*
*GILBERT JAMES, SUSAN CHANDLER,*
*THERESA HOOD, ADEDAYO PETERSON, and*
*JOYCE RIDGLEY, on behalf of*
*themselves and all others similarly situated.*

Matthew J. Erausquin
Janelle E. Mason
Casey S. Nash
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone:  703.273.7770
Facsimile:  888.892.3512
Email:  matt@clalegal.com
Email:  janelle@clalegal.com
Email:  casey@clalegal.com

*Counsel for Plaintiffs*
*GILBERT JAMES, SUSAN CHANDLER,*
*THERESA HOOD, ADEDAYO PETERSON, and*
*JOYCE RIDGLEY, on behalf of*
*themselves and all others similarly situated.*

Ian Bryce Lyngklip
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
24500 Northwestern Hwy, Suite 206
Southfield, MI 48075
Telephone:  248.208.8864
Facsimile:  248.208.9073
Email:  ian@michiganconsumerlaw.com

*Counsel for Plaintiffs*
*GILBERT JAMES, SUSAN CHANDLER,*
*THERESA HOOD, ADEDAYO PETERSON, and*
*JOYCE RIDGLEY, on behalf of*
*themselves and all others similarly situated.*

Justin Michael Baxter
BAXTER & BAXTER LLP
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone:  503.297.9031
Facsmile:  503.291.9172
Email:  justin@baxterlaw.com

*Counsel for Plaintiffs*
*GILBERT JAMES, SUSAN CHANDLER,*
*THERESA HOOD, ADEDAYO PETERSON, and*
*JOYCE RIDGLEY, on behalf of*
*themselves and all others similarly situated.*

Respectfully submitted,

/s/ Joseph W. Clark
Joseph W. Clark (VA Bar. No. 42664)

Joseph W. Clark (VA Bar. No. 42664)
Edward M. Wenger (admitted *pro hac vice*)
Alesha M. Dominique (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: jwclark@jonesday.com
Email: emwenger@jonesday.com
Email: adominique@jonesday.com

Daniel J. McLoon (admitted *pro hac vice*)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 243-2580
Facsimile: (213) 243-2539
E-mail: djmcloon@jonesday.com

*Counsel for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| **GILBERT JAMES**  )<br>**SUSAN CHANDLER**  )<br>**THERESA HOOD**  )<br>**ADEDAYO PETERSON**  )<br>**JOYCE RIDGLEY**, on behalf of  )<br>themselves and all others similarly situated,  )<br>  )<br>**Plaintiffs**,  )<br>  )<br>v.  )<br>  )<br>**EXPERIAN INFORMATION SOLUTIONS, INC.**,  )<br>  )<br>**Defendant**.  )<br>  ) | Civil Action No. 3:12-cv-902-REP<br><br>Judge: The Hon. Robert E. Payne |

## **PROPOSED ORDER**

Upon consideration of the Motion to Withdraw Appearance as Counsel of Record filed by Alesha M. Dominique, and the Court's consideration of said Motion, it is this _____ day of February, 2014, hereby:

**ORDERED** that the Motion to Withdraw Appearance as Counsel of Record, be and is hereby, Granted; and it is further

**ORDERED** that the appearance of Alesha M. Dominique, be and is hereby, Stricken, as counsel of record for Defendant.

_____
Robert E. Payne
United States District Judge