UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 East Broad Street, Suite 7310
Richmond, Virginia 23219-3528

ROBERT E. PAYNE  (804) 916-2260
Senior United States District Judge

February 18, 2014


Leonard A. Bennett, Esquire
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, Virginia 23601

Joseph W. Clark, Esquire
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001

    Re: James v. Experian Information Solutions, Inc.
         Civil Action No. 3:12cv902

Dear Counsel:

    There is attached the draft of the Order of Appointment of Special Master that I propose to enter in this case. Please review it and submit any comments or suggested amendments by 4:00 p.m., EST, February 20, 2014. Meanwhile, you will receive communications from the Special Master respecting future proceedings in the referred matter.

               Sincerely,

               /s/
               Robert E. Payne

/amh
Attachment
cc: Rosewell Page, III, Esquire
    Gilbert E. Schill, Jr., Esquire